IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Olvin Nahin Díaz Palma,**<br>                    **Petitioner,**<br><br>     **v.**<br><br>**Jamal L. Jamison, John E. Rife,**<br>**Markwayne Mullen, Todd Blanche, U.S.**<br>**Department of Homeland Security, and**<br>**Executive Office for Immigration Review,**<br>                    **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3322** |

**O R D E R**

   **AND NOW**, this 19th day of May, 2026, upon consideration of Petitioner Olvin Nahin

Díaz Palma's Petition for Writ of Habeas Corpus (ECF No. 1), and the Government's opposition

thereto (ECF No. 2), **IT IS HEREBY ORDERED** as follows:

1.  Olvin Nahin Díaz Palma's Petition is **GRANTED**;[1]

2.  The Government shall **RELEASE** Olvin Nahin Díaz Palma from custody immediately

     and certify compliance with the Court's Order by filing an entry on the docket no later

     than **12:00 p.m. ET on May 21, 2026**;

3.  The Government is temporarily enjoined from re-detaining Olvin Nahin Díaz Palma in

     relation to his immigration status for seven days following his release from custody;

4.  If the Government chooses to pursue re-detention of Olvin Nahin Díaz Palma in relation

     to his immigration status after that seven-day period, it must first provide him with a

     bond hearing pursuant to 8 U.S.C. § 1226(a); and,

5.  Pending the ordered bond hearing, the Government **SHALL NOT** remove, transfer, or

     otherwise facilitate the removal of Olvin Nahin Díaz Palma from the Commonwealth of

     Pennsylvania.  If the Immigration Judge determines that Olvin Nahin Díaz Palma is

subject to detention under 8 U.S.C. § 1226(a), the Government may request permission of the Court to move him. If unforeseen or emergency circumstances arise that require Olvin Nahin Díaz Palma to be removed, any such request must include an explanation for the request as well as a proposed destination.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**

---

[1] Olvin Nahin Díaz Palma is a citizen of Honduras who has lived in the United States since 2008, when he entered the country without inspection. Olvin Nahin Díaz Palma has been placed in removal proceedings before the Elizabeth Immigration Court. Olvin Nahin Díaz Palma was arrested and detained by ICE on or about May 14, 2026.

In similar cases, where the parties made nearly identical arguments, this Court held that detaining individuals in Olvin Nahin Díaz Palma's position without a bond hearing violates the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 *et seq. See, e.g.*, *Rio Porras v. O'Neill*, 2025 WL 3708900 at *2-3 (E.D. Pa. Dec. 22, 2025) (citing *Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *Karashnov v. Jamison*, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); and *Demirel v. Fed. Det. Ctr. Phila.*, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025)). Likewise, the Court has previously rejected the Government's argument that noncitizens like Olvin Nahin Díaz Palma are persons "seeking admission" who are subject to 8 U.S.C. § 1225(b)(2)(A)'s mandatory detention provision. *See, e.g.*, *Peixoto v. Jamison*, 2:26-cv-967, Dkt. No. 5, n.i (E.D. Pa. Feb. 20, 2026); *Castaneda Salinas v. Jamison, et al.*, 2:26-cv-1345, Dkt. No. 7, n.1 (E.D. Pa. Mar. 5, 2026); *Tukhtaev v. Jamison*, 2:26-cv-01969, Dkt. No. 8, n.i (E.D. Pa. Mar. 31, 2026). The same reasoning applies here.

Accordingly, the Government lacks a legal basis for detaining Olvin Nahin Díaz Palma pending resolution of removal proceedings. Because relief is warranted on Olvin Nahin Díaz Palma's INA claim, it is unnecessary to reach his alternative grounds for relief.