**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Olvin Nahin Díaz Palma,**<br>                    **Petitioner,**<br><br>                **v.**<br><br>**Jamal L. Jamison, John E. Rife,**<br>**Markwayne Mullen, Todd Blanche, U.S.**<br>**Department of Homeland Security, and**<br>**Executive Office for Immigration Review,**<br>                **Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-3322** |

## O R D E R

**AND NOW**, this 21st day of May, 2026, in light of the Government's Certification of

Compliance with the Court's Order (ECF No. 5), **IT IS HEREBY ORDERED** that the Clerk of

Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

                                        **S/ WENDY BEETLESTONE**
                                        _____
                                        **WENDY BEETLESTONE, C.J.**